

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Bradley Stetkiw,

    Defendant.

Case: 2:17-mj-30566
Judge: Unassigned,
Filed: 10-25-2017 At 10:37 AM
SEALED MATTER (LH)

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the Complaint, Arrest Warrant, and all attendant papers for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

DANIEL L. LEMISCH
Acting United States Attorney

Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Timothy.wyse@usdoj.gov
313-226-9144

**IT IS SO ORDERED.**

Mona K. Majzoub
United States Magistrate Judge

Entered: 10/25/17