UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                   Criminal No. 17-mj-30566

Bradley Stetkiw,

    Defendant.

---

## MOTION AND ORDER TO UNSEAL THE COMPLAINT
## AND ARREST WARRANT

---

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                      Respectfully submitted,

                                      DANIEL L. LEMISCH
                                    Acting United States Attorney

                                      *s/Timothy Wyse*
                                    Assistant United States Attorney
                                    211 W. Fort Street, Suite 2001
                                    Detroit, MI  48226
                                    Timothy.wyse@usdoj.gov
                                    313-226-9144

**IT IS SO ORDERED.**

<u>**s/ Mona K. Majzoub**</u>
Mona K. Majzoub
United States Magistrate Judge

Entered: October 26, 2017