10434274

| | AUSA: Timothy Wyse | Telephone: (313) 226-9144 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Bryan Randall | Telephone: |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Bradley A. Stetkiw

**FILED**
OCT 30 2017
CLERK'S OFFICE
DETROIT

Case: 2:17-mj-30566
Judge: Unassigned,
Filed: 10-25-2017 At 10:37 AM
SEALED MATTER (LH)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Bradley A. Stetkiw,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:  U300

18 U.S.C. § 1960   Operating an Unlicensed Money Trasmitting Business

*I hereby certify that the foregoing is a true copy of the original on file in this Office.*
*CLERK, U.S. DISTRICT COURT*
*EASTERN DISTRICT OF MICHIGAN*
*BY: [signature]   Deputy*

Date:  OCT 25 2017

City and state:  DETROIT, MICHIGAN

*Issuing officer's signature*

MAGISTRATE JUDGE
MONA K. MAJZOUB
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/25/17, and the person was arrested on *(date)* 10/25/17 at *(city and state)* Bloomfield Township, MI. |
| Date: 10/26/17      *[signature]* Bryan V. Randall, Special Agent |
| *Arresting officer's signature* / *Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*