UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                  Case No.: 17-mj-30566

BRADLEY STETKIW,

        Defendant.

_____/

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in the case for Defendant.

    I certify that I am admitted to practice in the Court.

                                        Respectfully submitted,

                                        **LEGAL AID & DEFENDER ASSOCIATION, INC.**
                                        **FEDERAL DEFENDER OFFICE**

                                        *s/James R. Gerometta*
                                        Attorney for Defendant
                                        613 Abbott St., 5th Floor
                                        Detroit, MI 48226
                                        Phone: 313-967-5839
                                        E-mail: james_gerometta@fd.org
                                        P60260

Dated:    November 2, 2017