UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                                                        Criminal No. 17-mj-30566

Bradley Stetkiw,

    Defendant.

---

**STIPULATION FOR ADJOURNMENT OF PRELIMINARY HEARING AND FOR EXTENSION OF TIME IN WHICH TO INDICT**

---

The United States of America and defendant, Bradley Stetkiw, hereby stipulate and agree to the following:

1. On November 2, 2017, he made his initial appearance on the Complaint.

2. The parties are engaged in pre-indictment plea negotiations and the parties desire to continue plea negotiations through at least February 16, 2018. The parties agree that this constitutes good cause for an adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. *See* Fed. R. Crim. P. 5.1(d)

3. The parties also agree that plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1), *see United*

*States v. Dunbar*, 357 F.3d 582, 593 (6th Cir. 2004); *United States v. Bowers*, 834 F.2d 607, 609-10 (6th Cir. 1987) (per curiam), and that, therefore, the period from November 16, 2017 through February 16, 2018, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

WHEREFORE, the parties request this Court to (1) adjourn the preliminary hearing from November 16, 2017 through February 16, 2018, and (2) make findings concerning excludable delay in accordance with this stipulation.

DANIEL LEMISCH
Acting United States Attorney

| | |
|---|---|
| */s/ Timothy Wyse* | *s/With Consent James Gerometta* |
| Timothy Wyse | James Gerometta |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 613 Abbott, 5th Floor |
| Detroit, MI  48226 | Detroit, MI  48226 |
| Timothy.Wyse@usdoj.gov | james_gerometta@fd.org |
| (313) 226-9144 | (313) 967-5839 |

Dated:  November 15, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                              Criminal No. 17-mj-30566

Bradley Stetkiw,

    Defendant.

---

### ORDER ADJOURNING PRELIMINARY HEARING AND EXTENDING TIME IN WHICH TO INDICT

---

This matter coming before the Court on the stipulation of the government and defendant Bradley Stetkiw, for the reasons stated in the stipulation, the Court

(1) finds that the parties have been engaged in and will continue to be engaged in pre-indictment plea negotiations from November 16, 2017 through February 16, 2018;

(2) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

(3) adjourns the preliminary hearing in this case from November 16, 2017 through February 16, 2018;

(4) finds that plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1), see United States v. Dunbar, 357 F.3d 582, 593 (6th Cir. 2004); United States v. Bowers, 834 F.2d 607, 609-10 (6th Cir. 1987) (per curiam); and

(5) determines that the period from November 16, 2017 through February 16, 2018, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

Date: November 16, 2017

2