UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                  Criminal No. 17-mj-30566

v.

Bradley Stetkiw,

    Defendant.

---

**STIPULATION FOR ADJOURNMENT OF PRELIMINARY HEARING
AND FOR EXTENSION OF TIME IN WHICH TO INDICT**

---

The United States of America and defendant, Bradley Stetkiw, hereby stipulate and agree to the following:

1. On November 2, 2017, he made his initial appearance on the Complaint.

2. The parties are engaged in pre-indictment plea negotiations and the parties desire to continue plea negotiations through at least April 23, 2018. The parties agree that this constitutes good cause for an adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. *See* Fed. R. Crim. P. 5.1(d)

3. The parties also agree that plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1), *see United*

*States v. Dunbar*, 357 F.3d 582, 593 (6th Cir. 2004); *United States v. Bowers*, 834 F.2d 607, 609-10 (6th Cir. 1987) (per curiam), and that, therefore, the period from February 16, 2018 through April 23, 2018, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

WHEREFORE, the parties request this Court to (1) adjourn the preliminary hearing from February 16, 2018 through April 23, 2018, and (2) make findings concerning excludable delay in accordance with this stipulation.

MATTHEW SCHNEIDER
United States Attorney

*/s/ Timothy Wyse*
Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Timothy.Wyse@usdoj.gov
(313) 226-9144

*s/With Consent James Gerometta*
James Gerometta
Attorney for Defendant
613 Abbott, 5th Floor
Detroit, MI  48226
james_gerometta@fd.org
(313) 967-5839

Dated:  February 15, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                                                  Criminal No. 17-mj-30566

Bradley Stetkiw,

    Defendant.

---

**ORDER ADJOURNING PRELIMINARY HEARING AND EXTENDING TIME IN WHICH TO INDICT**

---

    This matter coming before the Court on the stipulation of the government and defendant Bradley Stetkiw, for the reasons stated in the stipulation, the Court

    (1) finds that the parties have been engaged in and will continue to be engaged in pre-indictment plea negotiations from February 16, 2018 through April 23, 2018;

    (2) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

    (3) adjourns the preliminary hearing in this case from February 16, 2018 through April 23, 2018;

(4) finds that plea negotiations are "other proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1), see United States v. Dunbar, 357 F.3d 582, 593 (6th Cir. 2004); United States v. Bowers, 834 F.2d 607, 609-10 (6th Cir. 1987) (per curiam); and

(5) determines that the period from February 16, 2018 through April 23, 2018, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

                                                                           _s/S. Osorio_____
                                                                           Elizabeth A. Stafford
Date:     February 15, 2018        United States Magistrate Judge