UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                     Criminal No. 17-mj-30566

v.

BRADLEY A. STETKIW,

    Defendant.

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against *Defendant* BRADLEY A. STETKIW. In this case, the government needs additional time

1) to develop and obtain evidence sufficient to establish defendant's guilt beyond a reasonable doubt;

2) to investigate the full extent of the offense in question and identify all other individuals who should be held criminally responsible for the offense.

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1). The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information

within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h). Accordingly, the government requests leave to dismiss the complaint without prejudice.

        Respectfully submitted,

        MATTHEW SCHNEIDER
        United States Attorney

        *s/*Timothy Wyse
        Timothy Wyse
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        Timothy.wyse@usdoj.gov
        (313) 226-9144

Dated:  April 23, 2018

CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Opposing Counsel

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

*s/Timothy Wyse*
Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Timothy.wyse@usdoj.gov
(313) 226-9144